# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**DEBORAH LAUFER, Individually,**

        **Plaintiff ,**

**v.**

**STANLEY MARK DANIELS d/b/a THE DANIELS MOTEL,**

        **Defendant.**

Case No.: 1:20-cv-03529

## NOTICE OF VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE

Plaintiff, by and through undersigned counsel, hereby moves this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

FOR THE PLAINTIFF:
/s/ *Kimberly A. Corkill*
Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (954) 478-7811
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 84942
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that May 4, 2021 I filed the foregoing using the Clerk of Court's CM/ECF e-filing system, which will serve all counsel of record electronically.

                                    /s/*Kimberly A. Corkill*
                                      Attorney